# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

SHANE FABER

VERSUS

STATE FARM MUTUAL AUTOMOBILE
INSURANCE CO., VALLEY SUPPLY
COMPANY OF HOUMA, INC.,
BRETT McEACHERN, AND
ALLSTATE PROPERTY & CASUALTY
INSURANCE CO.

NO.  2019 CW 0819

NOV 0 7 2019

---

In Re:    State Farm Mutual Automobile Insurance Company, Valley
          Supply Company of Houma, Inc., and Brett McEachern,
          applying for supervisory writs, 32nd Judicial District
          Court, Parish of Terrebonne, No. 179967.

---

BEFORE:   McCLENDON, WELCH, AND HOLDRIDGE, JJ.

    **WRIT  DISMISSED.**    This  writ  application  is  dismissed
pursuant  to  relator's  correspondence  and  motion  to  dismiss
advising  that  the  parties  have  reached  a  settlement  and
requesting that this writ application be dismissed.

PMc
JEW
GH

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT